[No. 37512-5-II.   Division Two.   October 20, 2009.]

WOLLOCHET HARBOR CLUB, *Appellant*, v. DOREEN KNAPP ET AL., *Defendants*, DAN WOLFROM, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-13623-9, Linda CJ Lee, J., entered February 29, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Houghton and Hunt, JJ.

[No. 37810-8-II.   Division Two.   October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW SKYBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00127-4, Scott E. Blinks, J. Pro Tem., entered April 24, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 37995-3-II.   Division Two.   October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00376-8, James J. Stonier, J., entered July 9, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 38018-8-II.   Division Two.   October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY DRAGGOO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00498-4, James W. Lawler, J., entered July 17, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Bridgewater, J.